UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICK W. DEVLIN<br>    PLAINTIFF, | )<br>)<br>) |
| VS. | )         CIVIL ACTION NO.:<br>) |
| INTEGRITY FINANCIAL PARTNERS, INC.<br>    DEFENDANT | )         4:09-cv-1988<br>)<br>) |

### PLAINTIFF'S NOTICE OF SETTLEMENT

COMES NOW Plaintiff Patrick W. Devlin, and for his Notice of Settlement states:

1. On January 4, 2010, the parties agreed to a settlement in the above-captioned matter.

2. Plaintiff anticipates that the necessary Releases and other settlement documents will be exchanged by the parties, and a Notice of Voluntary Dismissal will be filed on or before January 29, 2010.

3. Plaintiff hereby requests that the parties be allowed the necessary time to affect the settlement, up to and including January 30, 2010 and file the appropriate Notice of Dismissal with prejudice.

**WHEREFORE**, Plaintiff prays this Court for an Order passing this matter for settlement, and allowing the parties an extension up to and including January 30, 2010 in which to file a Notice of Dismissal after the Settlement is affected, and for any other relief this Court deems just and proper.

<u>01/04/2009</u>          **THE SWANEY LAW FIRM**
**Dated**

<u>/s/ Robert T. Healey</u>
Robert T. Healey
EDMO # 3356; MO Bar #34138
Attorney at Law
3460 Hampton, Suite 205
St. Louis, MO 63139
<rhealey@swaneylawfirm.com>
telephone: (314) 481-7778
fax:  (314) 481-8479

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has filed a true and accurate copy of the Motion to Pass for Settlement with the Court's ECF filing system this 4th day of January 2010.

<u>/s/ Robert T. Healey</u>